# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION

| | |
|---|---|
| NICOLE JOHNSON,<br><br>**Plaintiff,**<br><br>vs.<br><br>C. R. BARD, INC. AND BARD PERIPHERAL VASCULAR, INC.,<br><br>**Defendants.** | Civil Action No. 5:19-cv-396-M |

## ORDER

Upon consideration of the Parties' Joint Motion to Stay Discovery and All Pretrial Deadlines (the "Joint Motion"), and it appearing to the Court that granting the relief would be just and proper, it is,

ORDERED that the Joint Motion is GRANTED and that discovery and all pretrial deadlines are hereby stayed for 30 days from entry of this Order.

SO ORDERED this 25th day of February, 2020.

RICHARD E. MYERS II
UNITED STATES DISTRICT JUDGE